UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA STEPHANIE JONES,

Plaintiff,

v.

Case No. 26-cv-14047
Honorable Linda V. Parker

TRI-COUNTY NEUROLOGICAL ASSOCIATES, P.C.,

Defendant.
________________________________/

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PROVIDE SERVICE DOCUMENTS**

On October 22, 2026, Plaintiff initiated this pro se action against Defendants Tri-County Neurological Associates, P.C., Dr. Jay J. Kaner, and Sarina Kaner. (*See* ECF No. 1.) Plaintiff also applied to proceed in forma pauperis ("IFP"). (ECF No. 2.) On October 26, the Court granted Plaintiff's IFP application and sua sponte dismissed her claims against Dr. Kaner, and Ms. Kaner. (ECF No. 5.) Two days later, the Court ordered Plaintiff to complete and present to the Clerk's Office the documents to effect service on Tri-County Neurological Associates, P.C.. (ECF No. 6.) Plaintiff had fourteen (14) days to do so. (*See id.*)

Plaintiff recently contacted the Court because she missed the deadline. Plaintiff explained that she had been away from her home caring for a sick parent. The Court finds good cause to extend the deadline for Plaintiff to complete and

present the service documents. Therefore, the Court is extending the deadline. Within **fourteen (14) days of this Order**, Plaintiff shall complete and present to the Clerk's Office the documents set forth in the Court's October 28 Order (ECF No. 6).

**SO ORDERED**.

Date: November 24, 2026

s/LINDA V. PARKER
U.S. DISTRICT JUDGE